# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF SETTING**                    Date:  April 27, 2000

| | |
|---|---|
| MATECO INC. AND CELTA AGENCY INC., et al | |
| Plaintiffs | |
| vs. | Civil 98-1525 (PG) |
| M/V ELLIS, IN REM, ETC., AND PAN OCEAN SHIPPING CO., LTD., ET AL | |
| Defendants | |

By Order of the Court a status conference in the above captioned case, is hereby set for **Wednesday, May 17, 2000,** at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.

Lida Isis Egelé
Courtroom Deputy

s/c:  Antonio M. Bird, Jr.
José Sárraga
Keith Graffam
Fernando Castro
Jeannette López