# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MINUTES OF PROCEEDINGS

HONORABLE JUAN M. PEREZ-GIMENEZ          DATE:  May 17, 2000

COURTROOM DEPUTY: Lida Isis EGELE         CIVIL CASE:  98-1525 (PG)

===============================================================

MATECO, INC., et al                       Attorneys:  Antonio BIRD, Jr.
                                                      José SARRAGA
vs.

M/V ELLIS, IN REM, et al                  Fernando CASTRO MALDONADO
                                          Keith GRAFFAM
                                          Jeannette LOPEZ DE VICTORIA

===============================================================

STATUS CONFERENCE held in chambers.

The defendants will take three depositions: of the representative of Mateco: Victor González, of plaintiffs' expert, economist José Herrero, and of a representative of William McGee. They need the documents used by the expert to base his report before taking his deposition. The plaintiffs are granted ten days provide the documents.

Counsel for defendants Dongkuk International and Dongkuk Industries would like to take the deposition of the person who represents the buyer, and of the person who represents the seller. Thereafter, he will request time to file a dispositive motion. These defendants do not have anything to do with the damages to the cargo.

Defendant William McGee doesn't have any discovery to conduct. Counsel is



| Civil 98-1525 (PG) | Page 2 |
|---|---|
| May 17, 2000 | |

waiting for the subrogation receipt to recover the $80,000 paid to plaintiff for the damages to the cargo.

The depositions of the commodity brokers will be taken in Connecticut and New York during the first week of August. Possibly August 3 and 4, 2000.

Defendant Pan Ocean has a motion to dismiss (dkt. #45) pending. Defendants Pan Ocean and Panobulk America have a motion for counter securities (dkt. #46) pending. The plaintiffs are granted ten days to answer them.

**A second status conference is set for September 7, 2000, at 8:30 A.M.** There is a possibility that the parties will have to go to Seoul to take some depositions. The parties will agree on dates for the depositions that the defendants want to take. Those of Victor González and of expert José Herrero. The Court will rule on the pending motions as soon as possible.

*[signature]*

Lida Isis EGELE
Courtroom Deputy

s/c:   All counsel of record.