# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF RE-SETTING**                         Date:    July 6, 2000

MATECO INC. AND CELTA AGENCY    *
INC., et al                     *
                                *
        Plaintiffs              *
                                *
        vs.                     *        **Civil 98-1525 (PG)**
                                *
M/V ELLIS, IN REM, ETC., AND    *
PAN OCEAN SHIPPING CO., LTD.,   *
ET AL                           *
                                *
        Defendants              *
                                *
-------------------------------------------------*

    By Order of the Court the motion filed by plaintiffs to continue the second status

conference in the above captioned case  (dkt. #59), is granted.  The conference, set for

September 7,  is hereby continued for one day.  It is reset for **Friday, September 8, 2000,**

at 8:30 A.M.  This proceeding will be held before Honorable Juan M. Pérez-Giménez.


                                        Lida Isis Egelé
                                        Courtroom Deputy

s/c:    Antonio M. Bird, Jr.
        José Sárraga
        Keith Graffam
        Fernando Castro
        Jeannette López
        Giancarlo Font

(4)