UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATECO INC. and CELTA AGENCIES, INC.,
ET., AL.,
    Plaintiffs,

v.                                           Civil No. 98-1525(PG)

M/V ELLI, ET., AL.,
    Defendants.

| MOTION | ORDER |
|---|---|
| Docket #47 - Motion For Extension Of Time To Respond To Motion To Dismiss And Others. | GRANTED. |
| Docket #48 - Final Motion For Leave To File Response To Motion To Dismiss And Others. | GRANTED. |
| Docket #50 - Informative Motion. | NOTED. |
| Docket #51 - Motion Requesting Scheduling Conference Pursuant To Local Rule 314.1. | MOOT. |
| Docket #52 - Motion Requesting Order And For Extension Of Time. | GRANTED. |
| Docket #55 - Motion For Leave To File Opposition To Motion Requesting Posting Of Countersecurity. | GRANTED. |
| Docket #56 - Informative Motion On Counsel's Leave Of Military Duty. | NOTED. |
| Docket #58 - Motion Requesting Leave Of Court. | GRANTED. |

Date: _____July_____ _10_, 2000.

JUAN M. PEREZ-GIMENEZ
U.S. District Judge