UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                         DATE: JULY 27, **2000**

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**              **CASE NO. CIVIL 98-1525**

===============================================================

| | |
|---|---|
| MATECO INC. AND CELTA AGENCIES, INC. | Attorneys: For Plaintiffs: |
| VS | |
| M/V ELI, in rem, etc | For Defendant: |

===============================================================

This is one of the cases that has recently been transferred to Judge Garcia Gregory. The same has set a status conference for Friday, September 8, 2000. The hour has been changed for 10:00 AM and the same will be held before Judge Garcia. Parties to be notified

_____
LILY ALICEA
COURTROOM DEPUTY

