UNITED STATES DISTRICT COURT FOR THE DISTRICT OF PUERTO RICO

**MINUTES OF PROCEEDINGS:**                DATE: OCTOBER 30, 2000

BEFORE HONORABLE JAY A. GARCIA GREGORY

COURTROOM DEPUTY: Lily **ALICEA**        **CASE NO. CIVIL 98-1525 (JAG)**

===================================================================

MATECO, INC.                              Attorneys:
                                            For Plaintiff: ANTONIO BIRD
                                            JOSE SARRAGA
        VS
                                          For Defendant:
M/V ELLIS, IN REM ETC                       FERNANDO CASTRO
                                            KEITH GRAFFAM
                                            JEANNETTE LOPEZ DE
                                            VICTORIA

===================================================================

Case called for settlement Plaintiff has made a settlement demand which defendants consider too high.

Court grants the parties 120 days to finish any pending discovery, to March 15, 2001.

Forty five days are granted to Don Cook to file a motion for summary judgment.

The matter of the plaintiff's supplemental interrogatories submitted to attorney Graffam is to be decided among them.

Parties to be notified.

_____
Lily Alicea-Courtroom Deputy