# UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

    **Plaintiff(s)**

       **v.**                     **CIVIL NUMBER:** 98-1525 (JAG)

M/V ELLI, in rem, ET AL

    **Defendant(s)**

---

| MOTION | ORDER |
|---|---|
| **Date Filed:**  03/05/01 | |
| **Title:**  Motion Requesting Extension of Time to Conclude Discovery | **GRANTED.** |
| **Docket(s):** 71 | |
| [ ] **Plff(s)**    [x ] **Dft(s)**    [ ] **Other** | |

---

**Date:**  April 24, 2001

                JAY A. GARCIA-GREGORY
                U.S. District Judge

