# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.                                          CIVIL NUMBER: 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/08/01<br>**Title:** Plaintiffs' Motion to Compel Discovery Under Rule 37 F.R.C.P.<br>**Docket(s):** 74<br>[x] **Plff(s)**  [ ] **Dft(s)**  [ ] **Other** | **GRANTED.** Dongkuk Industries Co. Ltd. and Dongkuk International, Inc. shall furnish the answers to Plaintiffs' Supplementary Interrogatories on or before August 13, 2001 or the sanctions suggested in plaintiffs' motion to compel shall be imposed. |

Date: July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge