# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.

**CIVIL NUMBER:** 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 06/11/01<br>**Title:** Motion Requesting Additional Extension of Time to Conclude Discovery<br>**Docket(s):** 75<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The discovery period is extended to August 15, 2001. |

**Date:** July 26, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


