UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.                             CIVIL NUMBER: 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 08/24/01<br>Title: Motion Requesting Additional Extension of Time to Conclude Discovery<br>Docket(s): 78<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | GRANTED. |

Date: August 31, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


