UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.                                          **CIVIL NUMBER:** 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/10/01<br>**Title:** Motion Submitting Statement of Facts<br>**Docket(s):** 82<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** The resubmitted Statement of Facts shall form part of the record and replace the original statement. |

Date: September 17, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


