UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.                                   **CIVIL NUMBER:** 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| Date Filed: 09/25/01<br>Title: Motion for Leave to Join Codefendants' Motion for Partial Summary Judgment<br>Docket(s): 85<br>[ ] Plff(s)   [x] Dft(s)   [ ] Other | **GRANTED.** |

Date: October 4, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge

