# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF PUERTO RICO

MATECO, INC., ET AL

**Plaintiff(s)**

v.                         **CIVIL NUMBER:** 98-1525 (JAG)

M/V ELLI, in rem, ET AL

**Defendant(s)**

| MOTION | ORDER |
|---|---|
| **Date Filed:** 09/19/01<br>**Title:** Motion for Leave to File Opposition to Motion Requesting Partial Summary Judgment<br>**Docket(s):** 84<br>[x] **Plff(s)**   [ ] **Dft(s)**   [ ] Other | **GRANTED.** |

Date: December 14, 2001

JAY A. GARCIA-GREGORY
U.S. District Judge


