**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF PUERTO RICO**

MATECO INC. and CELTA
AGENCIES, INC.

      **Plaintiff(s)**

          **v.**

M/V ELLI, in rem, her engines,
machinery, tackle, in rem, et
al

      **Defendant(s)**

**CIVIL NO.** 98-1525 (JAG)

---

**JUDGMENT**

Upon Stipulation for Voluntary Dismissal with Prejudice (Docket #88) executed and filed by plaintiffs and defendants, this Court enters judgment dismissing this action with prejudice pursuant to Rule 41(a)(1)(ii) of the Federal Rules of Civil Procedure without imposition of costs and/or attorneys' fees.

This case is now closed for statistical purposes.

IT IS SO ORDERED.

In San Juan, Puerto Rico, this 24th day of January 2002.

JAY A. GARCIA-GREGORY
U.S. District Judge